CHIEF JUSTICE
JAMES T. WORTHEN

CLERK
CATHY S. LUSK

# TWELFTH COURT OF APPEALS

JUSTICES
SAM GRIFFITH
BRIAN HOYLE

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

Wednesday, June 15, 2011

Ms. Tina M. Price
2111 West Arkansas Lane
Suite 212
Arlington, TX 76013

Mr. Barry L. Spencer Jr.
Asst. District Attorney
109 W. Corsicana Street
Suite 103
Athens, TX 75751

**RE:**    Case Number:          12-10-00151-CR
        Trial Court Case Number:   C-16,376

**Style:** Dakota Crutchfield
        v.
        The State of Texas

Enclosed is a copy of the Memorandum Opinion issued this date in the above styled and numbered cause. Also enclosed is a copy of the court's judgment.

Very truly yours,

CATHY S. LUSK, CLERK

By: *Katrina McClenny*
       Katrina McClenny, Chief Deputy Clerk

CC:       Hon. John Ovard
           Judge Mark A. Calhoon
           Ms. Jean Godwin